New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JOSEPH GILBER, Respondent, v. PUBLIC SERVICE INTERSTATE TRANSPORTATION COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

FREDERICK R. GRAFF, Respondent, v. BANK OF NEW YORK AND TRUST COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

CATHERINE McCREA, Appellant, v. ROBERT R. McCREA, Respondent.— Orders affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.; Merrell, J., dissents and votes to reverse and remit the matter to Special Term to fix the amount of the alimony and counsel fee.

PAUL MADEMANN, Respondent, v. RAYMOND B. STRINGHAM, Appellant, Impleaded with Another.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

PAUL MADEMANN, Respondent, v. RAYMOND B. STRINGHAM, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

FLORENCE FEINBERG, Plaintiff, v. NATHAN FEINBERG, Respondent. SAMUEL L. MILLER, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JOHN B. DOYLE, Respondent, v. UNITED STATES BOND AND MORTGAGE CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

MAX I. SIMCHOWITZ v. OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

DUOGRAPH, INC., v. SENTRY SAFETY CONTROL CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

MEYER FRIEDMAN v. ERIE RAILROAD COMPANY and Others, Impleaded with UNITED STATES TRUCKING CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of HARRY G. FROMBERG, Committee of the Estate of ROBERT THOMPSON, an Incompetent Person, for a Refund of Excess Premiums Paid on Bonds Heretofore Filed. UNITED STATES FIDELITY AND GUARANTY COMPANY, Surety, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the